**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AVANT LOCATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Avant Location Technologies LLC ("ALT" or "Plaintiff") files this Complaint against Defendant Amazon.com Services LLC ("Amazon" or "Defendant") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

## THE PARTIES

1. Plaintiff ALT is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 104 E. Houston Street, Suite 140, Marshall, Texas 75670.

2. Defendant Amazon.com Services LLC ("Amazon") is a Delaware limited liability company, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109. Amazon.com Services LLC is a wholly-owned subsidiary of Amazon.com, Inc. Amazon.com Services LLC is registered to do business in the State of Texas and may be served with process via its registered agent in Texas, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company at 211 7th Street, Suite 620, Austin, Texas 78701. Amazon.com Services LLC is the entity that owns and operates the Amazon.com website and Amazon Alexa.

3. Amazon conducts business operations within the Eastern District of Texas.

4. Amazon.com Services LLC leases and operates the Amazon FTW3/FTW4 and STX8 fulfillment centers located within this District.

5. Amazon has a regular and established place of business in this District, including at least its Amazon Robotics Fulfillment Center FTW3/FTW4 located at 15201 Heritage Parkway, Fort Worth, Texas 76177 and at the Sub-Same Day Fulfillment Center STX8 located at 3501 Research Drive, Richardson, Texas 75082.

## JURISDICTION

6. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. Amazon is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to Amazon's substantial business in the State of Texas and in this District, including through employing more than 89,000 full- and part-time employees at fifty (50) fulfillment and sortation centers, thirty-three (33) delivery stations, an Air Gateway, thirty-six (36) Whole Foods Market locations, three (3) Amazon Hub Locker+ locations, six (6) Prime Now fulfillment centers, an Amazon Pharmacy, a Prime Air drone delivery center, three (3) wind farms, thirteen (13) solar farms, seven (7) on-site solar locations, and an Amazon Original series filmed in the State of Texas: Panic.[1]

8. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b). Defendant Amazon is registered to do business in the State of Texas, has offices in the State of Texas, has transacted and continues to transact business in the Eastern District of Texas, and has

---

[1] *See Investing in the U.S.*, AboutAmazon.com Website, available at: https://www.aboutamazon.com/investing-in-the-u-s.

committed and continues to commit acts of direct and indirect infringement in the Eastern District of Texas.

9. Amazon has regular and established places of business in this District and has committed and continues to commit acts of infringement in this District including, but not limited to: 15201 Heritage Parkway, Fort Worth, Texas 76177; 1101-1107 East 15th Street, Plano, Texas 75074; 1809 West Frankford Road, Suite 160, Carrollton, Texas; 4800 Henrietta Creek Road, Fort Worth, Texas; 3501 Research Drive, Richardson, Texas 75082; 16399 Gateway Path, Frisco, Texas 75033; 1398 Industrial Boulevard McKinney, Texas 75069; 3701 Litsey Road, Fort Worth, Texas 76177; 4121 International Parkway, Carrollton, Texas 75007-1907; and 1303 Ridgeview Drive, DDF1, Lewisville, Texas 75057.

10. Amazon has also committed acts of infringement in this District by commercializing, marketing, selling, distributing, testing, and servicing the Accused Products identified herein.



[2]

11. Amazon operates its business from Amazon's Robotic Fulfillment Centers located within this District, including the FTW3/FTW4 fulfillment center pictured above located at 15201 Heritage Parkway.[3] Amazon describes the Amazon Fulfillment Centers as "a symphony of people, AWS, software, and other high-tech components. The result is a coordination between ***our great employees*** and the finely-honed computer systems we've evolved for more than 20 years."[4]

12. Amazon has previously admitted that it employed information technology

[2] Amazon FTW3 & FTW4 Fulfillment Centers, located at 15201 Heritage Parkway, Fort Worth, Texas 76177 in the Eastern District of Texas.

[3] *See* Amazon Fulfillment Center Tour with AWS, Amazon Web Services YouTube Channel, available at: https://www.youtube.com/watch?v=8nKPC-WmLjU ("Amazon's Fulfillment Centers are wonders of automation, with AWS at their core.").

[4] *Id.* at 1:21 (emphasis added).

personnel at least at its Fulfillment Center in Denton County, which is in this District,[5] and likely employs information technology personnel at other Fulfillment Centers in this District.

13. Amazon relies on employees and associates. who work as agents of Amazon to perform its business within the Amazon Fulfillment Centers and Amazon locations within this District.

14. This Court has personal jurisdiction over Amazon. Amazon has conducted and continues to conduct business within the State of Texas. Amazon, directly or through subsidiaries or intermediaries (including distributors, retailers, and others), ships, distributes, makes, uses, offers for sale, sells, imports, and/or advertises (including by providing an interactive web page) its products and/or services in the United States and the Eastern District of Texas and/or contributes to and actively induces its customers to ship, distribute, make, use, offer for sale, sell, import, and/or advertise (including the provision of an interactive web page) infringing products and/or services in the United States and the Eastern District of Texas. Amazon, directly and through subsidiaries or intermediaries (including distributors, retailers, and others), has purposefully and voluntarily placed one or more of its infringing products and/or services, as described below, into the stream of commerce with the expectation that those products will be purchased and used by customers and/or consumers in the Eastern District of Texas. These infringing products and/or services have been and continue to be made, used, sold, offered for sale, purchased, and/or imported by customers and/or consumers in the Eastern District of Texas. Amazon has committed

[5] *See Jumpsport, Inc. v. Amazon.com, Inc., et al.*, No. 6:17-cv-00666-RWS-JDL, Dkt. 13, ¶ 20 (E.D.T.X. Feb. 12, 2018) ("Amazon admits that it employs information technology personnel at its fulfillment center in Denton County. Amazon denies the remaining allegations in Paragraph 20 of the Complaint."); *see also Vocalife LLC v. Amazon.com, Inc., et al.*, No. 2:19-cv-00123-JRG, Dkt. 226, ¶ 8 (E.D.T.X. July 31, 2020) ("Amazon admits that subsidiaries of Amazon.com, Inc. operate a fulfillment center in this district.").

acts of patent infringement within the Eastern District of Texas. Amazon interacts with customers in Texas, including through visits to customer sites in Texas. Through these interactions and visits, Amazon directly infringes the patents-in-suit.

15. Amazon has minimum contacts with this District, such that the maintenance of this action within this District would not offend traditional notions of fair play and substantial justice. Thus, the Court therefore has both general and specific personal jurisdiction over Amazon.

## PATENTS-IN-SUIT

16. On May 27, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,738,040 (the "'040 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '040 Patent is attached as Exhibit 1.

17. On June 26, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,009,720 (the "'720 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '720 Patent is attached as Exhibit 2.

18. On May 26, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,042,910 (the "'910 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '910 Patent is attached as Exhibit 3.

19. On January 13, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,934,922 (the "'922 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '910 Patent is attached as Exhibit 4.

20. On August 25, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,119,030 (the "'030 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '030 Patent is attached as Exhibit 5.

21. On November 1, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,485,621 (the "'621 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '621 Patent is attached as Exhibit 6.

22. ALT is the sole and exclusive owner of all right, title, and interest to and in the '040, '720, '910, '922, '030, and '621 Patents (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. ALT also has the right to recover all damages for past infringement of the Patents-in-Suit as appropriate under the law.

23. ALT has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.

## FACTUAL ALLEGATIONS

24. The Patents-in-Suit generally cover systems and methods for providing flexibility to mobile telephone networks by associating these networks with new special areas securely and without the need to modify any radio transmitting device.

25. The '040 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the '040 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

26. The '720 Patent generally relates to a method for monitoring a mobile station

presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the ’720 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

27. The ’910 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the ’910 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

28. The ’922 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the ’922 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

29. The ’030 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the ’030 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

30. The ’621 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the ’621 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

31. Defendant has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import products that implement the technology claimed by the Patents-in-Suit. For example, the Accused Products are Echo devices and Ring devices that support the Sidewalk

protocol, which include, but are not limited to, Echo Studio (Gen 5), Echo Dot Max (Gen 6), Echo Show 8 (Gen 4), Echo Show 11 (Gen 2), Echo Dot (5th Gen), Echo Dot with clock (5th Gen), Amazon Echo Spot (2024 release), Echo Pop, Echo Show 5 (3rd Gen), Echo Show 5 (3rd Gen) Kids, Echo Show 8 (3rd Gen), Echo Show 15 (2nd Gen), Echo Show 21, Echo Hub, Ring Bridge (2nd Gen), Ring Floodlight Cam Wired Plus, Ring Wired Doorbell Pro (2021), Ring Wired Doorbell Pro 4k, Ring Alarm Pro Base Station, Ring Outdoor Cam Pro, Ring Floodlight Cam, Ring Floodlight Cam Wired 4K, Ring Spotlight Cam Wired, Echo (4th Gen), Echo Dot (4th Gen), Echo Show 5 (2nd Gen), Echo Show 8 (2nd Gen), Echo Show 10 (3rd Gen), Echo Show 15, Echo Dot with Clock (4th Gen), Echo Show 5, Echo Show 8, Echo Flex, Echo Studio (Gen 6), Echo (3rd Gen), Echo Dot (3rd Gen), Echo Dot with Clock (3rd Gen), Echo Input, Echo Spot, Echo Dot (2nd Gen), Echo Plus (2nd Gen), Echo Show (2nd Gen), Echo Plus (1st Gen), and Amazon Sidewalk Cloud Servers.[6]

32. For example, Amazon Echo devices are each considered an "Alexa Enabled Product" sold by Defendant in the United States and governed by a "Terms of Use" agreement between the user of such devices and Defendant.

---

[6] https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html

# Alexa Terms of Use

**Last Updated: May 14, 2026**

This is an agreement between you and Amazon.com Services LLC (with its affiliates, "Amazon," "we," "us," or "our"). Before using Alexa, please read these Alexa Terms of Use, including the attached schedules, the Amazon.com Privacy Notice, the Amazon.com Conditions of Use, the Alexa and Amazon Devices Acceptable Use Policy, and the other applicable rules, policies, and terms posted on the Amazon.com website, available through your Alexa App, or provided with Alexa Enabled Products (collectively, this "Agreement"). By using Alexa, you agree to the terms of this Agreement on behalf of yourself and all other persons who use Alexa under your account. If you do not accept the terms of this Agreement, then you may not use Alexa.

For the purpose of these Alexa Terms of Use:

"Alexa" means Amazon's Alexa services, which include Third-Party Services, digital content, Software, the Alexa App, and support and other related services.

"Alexa App" means the app or website provided by Amazon that provides access to Alexa, Alexa's settings, Alexa-related content, and other information.

"Alexa Enabled Product" means any product or application that enables access to Alexa, such as Amazon Echo devices and the Alexa App. [7]

33. For example, Ring devices are sold by Defendant in the United States and subscription plans for Ring devices are governed by a "Conditions of Use" agreement between the user of such devices and Defendant.

[7] https://www.amazon.com/gp/help/customer/display.html?nodeId=201809740

Effective Date: November 6, 2025

IMPORTANT NOTICE: THIS AGREEMENT (AS DEFINED BELOW) IS SUBJECT TO BINDING ARBITRATION AND A WAIVER OF CLASS ACTION RIGHTS AS DETAILED IN THE DISPUTE RESOLUTION SECTION BELOW.

## Ring Terms of Service

This is an agreement between you and Ring LLC (together with its affiliates, collectively "Ring," "we," "us," or "our"). These Ring Terms of Service ("Terms"), and any terms incorporated in these Terms or made available through any Ring Offering (collectively, the "Agreement"), govern the use of and access to Ring Offerings and Non-Ring Offerings (collectively, "Offerings"). "Ring Offerings" are all Ring-manufactured or Ring-branded: (1) services, features, software, websites, and applications ("Services"); and (2) hardware products ("Products"). "Non-Ring Offerings" are services, features, software, websites, applications, products, and content that are not manufactured by Ring or Ring-branded that you may be allowed to access or acquire through a Ring Offering.

If you purchased a Subscription Plan on amazon.com, you also agree to Amazon's Conditions of Use and Privacy Notice. [8]

## Conditions of Use

**Last updated: August 14, 2026**

Welcome to Amazon.com. Amazon.com Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). By using the Amazon Services, you agree, on behalf of yourself and all members of your household and others who use any Amazon Service under your account, to the following conditions.

### Please read these conditions carefully.

We offer a wide range of Amazon Services that may be subject to additional terms. When you use an Amazon Service (for example, Alexa, Amazon Music, Gift Cards, or Prime Video) you also will be subject to the terms applicable to that Amazon Service (the "Service Terms"). For example, if you use Alexa on any Amazon or third-party product or service, you agree to the Alexa Terms of Use. If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control. [9]

34. Defendant has had actual notice of the Patents-in-Suit from related prior litigations

[8] https://ring.com/terms

[9] https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM

accusing products with similar functionalities involving direct competitors of Defendant.

35. ALT has, at all times, complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents.

**COUNT I**
**(Infringement of the ’040 Patent)**

36. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

37. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’040 Patent.

38. Defendant has and continues to directly infringe the claims of the ’040 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the ’040 Patent, and by performing each and every limitation of one or more method claims of the ’040 Patent.

39. The Accused Products each comprise the system of at least Claim 1 of the ’040 Patent: A method for monitoring the presence of a mobile station in one or more special areas associated with the mobile station, the method comprising: (a) repeatedly transmitting from at least one radio communication defining device a radio distinctive defining signal in at least one channel that at least partially defines one of the special areas by its coverage, (b) observing the channel and processing any received signal by the mobile station in order to determine whether or not it is receiving a defining signal, (c) processing any received defining signal by the mobile station and the mobile station determines whether or not the defining signal received is a distinctive defining signal that at least partially defines one of the special areas, and determines whether or not the mobile station is present in one or more of the special areas, (d) sending an updating signal from

the mobile station to a mobile telephone network about the mobile station presence in one or more of the special areas, where the updating signal sending is uncorrelated to any mobile station phone call establishment and is based on the last determination performed by the mobile station about its presence in each of the special areas, and said updating signal being sent at least one of (i) periodically, (ii) when the mobile station enters into or exits from one of the special areas, and (iii) when the mobile station remains into a special area, (e) routing the updating signal from the mobile telephone network to special operating means that adapt the value of at least one operating parameter taking into account the presence of the mobile station in each of the special areas, (f) associating the special areas with the mobile station by transmitting a checking data to the mobile station, this checking data being sent to any mobile station whose presence in the special areas is monitored and being used by the mobile station for determining whether or not the defining signal received is a distinctive defining signal that defines, alone or with other distinctive defining signals, one or more of the special areas associated with the mobile station.

40. The Accused Products perform a method for monitoring the presence of a mobile station in one or more special areas associated with the mobile station the method comprising: (a) repeatedly transmitting from at least one radio communication defining device a radio distinctive defining signal in at least one channel that at least partially defines one of the special areas by its coverage. For example, the Amazon Sidewalk Cloud Ecosystem uses the Accused Products as Sidewalk Gateways, which are used for monitoring whether mobile stations are in the coverage area by BLE, SubG-CSS, and/or SubG-FSK signals transmitted periodically by the Accused Products.

## Amazon Sidewalk Gateways

Sidewalk Gateways (sometimes referred to as Sidewalk Bridges) are Amazon devices like select Echo and Ring devices that support the Sidewalk protocol. These gateways route data between the Sidewalk endpoint devices and the Sidewalk Network Server. When using a Sidewalk gateway, a small portion of the user's internet bandwidth is shared with the community to provide connectivity to a group of Sidewalk-enabled devices.

For Ring devices, support for Sidewalk can be enabled or disabled from the Ring app (or Ring Website). And for Echo devices, support for Sidewalk can be enabled or disabled from the Alexa app. For more information, see Setting up a Sidewalk gateway

Echo devices (like the Echo Show 15 (2nd Gen)) and Ring devices (like the Ring Bridge (2nd Gen)) have the capability to act as Sidewalk Gateways, with all protocols available (BLE, SubG-CSS and SubG-FSK). The table below provides a list of Sidewalk Gateway devices, and their supported communication protocols.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### Amazon Sidewalk Walk-through

Amazon Sidewalk enables low-power, non-IP devices to exchange messages with the AWS cloud through AWS IoT Core and is **only activated for gateways located in the USA** at the time of writing this article. Endpoint devices can use one of the following radio types to connect to the network:

1. Bluetooth Low Energy (2.4GHz – BLE) – suits 'in-home' use cases as it has the shortest range (tens of meters) but provides the fastest Amazon Sidewalk transport using the a 1Mbps PHY with a maximum message payload size of 255 bytes.
2. Frequency Shift Keying (Sub GHz – FSK) – suits 'beyond the front door' use cases as it supports medium range (up tens to low hundreds of meters) and provides medium Amazon Sidewalk transport rates using a 50kbps PHY with a maximum message payload size of 250 bytes.
3. Chirp Spread Spectrum AKA LoRa (Sub GHz – CSS) – suits 'beyond the fence' use as it offers the longest range (hundreds of meters), but provides lowest Amazon Sidewalk transport rates using a 2kbps PHY with a maximum message payload size of 19 bytes.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

41. For example, mobile stations are "IoT Endpoint Devices," one example of which is a "Mobile Device," such as an "asset tracker." Amazon Sidewalk Mobile Endpoint devices including, but not limited to, asset trackers or other mobile Sidewalk enabled nodes, operate as a mobile station that wirelessly connects to Sidewalk Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/




**Source:** https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

42. For further example, the BLE, SubG-CSS, and/or SubG-FSK signals from the Accused Products, radio communication defining devices (e.g., Amazon Sidewalk Gateways), are periodic Beacon transmissions.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

43. The Accused Products perform observing the channel and processing any received signal by the mobile station in order to determine whether or not it is receiving a defining signal. For example, Amazon Sidewalk Mobile Endpoint including, but not limited to, asset tracker, have a channel-selection and preamble-detection routine, whereby the endpoint sequentially observes

each channel from its supported channel list by listening for a preamble during the tr_det_listening period, and upon detecting a preamble it processes the received signal by receiving the full PHY frame within the bcn_dur window, after which it checks that received frame against the Beacon criteria to determine whether or not it is in fact receiving a defining signal, namely a Beacon frame transmitted by a Gateway eligible for connections.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

44. The Accused Products perform (c) processing any received defining signal by the

mobile station and the mobile station determines whether or not the defining signal received is a distinctive defining signal that at least partially defines one of the special areas, and determines whether or not the mobile station is present in one or more of the special areas. For example, Amazon Sidewalk Mobile Endpoints process any received defining Beacon signal and determines, based on previously obtained checking data namely the endpoint's stored, globally unique PAN ID, whether or not the destination-address field of the received Beacon frame matches that stored PAN ID, such that an accepted, matching frame is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.1.3.1 Beacon Frame format

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

### 5.1.3.1.3 Beacon Destination address field (dst)




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

45. The Accused Products perform (d) sending an updating signal from the mobile station to a mobile telephone network about the mobile station presence in one or more of the special areas, where the updating signal sending is uncorrelated to any mobile station phone call establishment and is based on the last determination performed by the mobile station about its presence in each of the special areas, and said updating signal being sent at least one of (i) periodically, (ii) when the mobile station enters into or exits from one of the special areas, and (iii) when the mobile station remains into a special area and (e) routing the updating signal from the mobile telephone network to special operating means that adapt the value of at least one operating parameter taking into account the presence of the mobile station in each of the special areas. For example, the Amazon Sidewalk Mobile Endpoint, following its determination that a received Beacon frame's destination address matches its stored checking data, the endpoint mobile station determines whether or not it is present in one or more special areas defined by specific Gateways,

and it sends an uplink signal (i.e., updating signal) to the Sidewalk network (i.e., special operating means), relayed through Sidewalk Bridges/Gateways to AWS IoT Core for Amazon Sidewalk and the cloud-hosted application, periodically at scheduled Target Transmission Times governed by fixed offset and periodicity parameters within each beacon interval, with such sending occurring independently of, and uncorrelated to, any mobile-station phone-call establishment since the endpoint's radio transmissions are driven solely by its internal uplink/downlink schedule and its own last-performed presence determination based on whether it detected and accepted a matching Beacon from a Gateway defining a special area, and not by any call-setup event.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

### 5.2.3 Uplink and downlink

An Endpoint in SubG-FSK mode shall send and receive data using Target Transmission Times. Target Transmission Times are separated by the time interval $slot_int$.




Fig. 5.48 SubG-FSK connection - Opportunities

Gateways broadcast Beacons frequently, every $bcn_interval$. The number of slots can be calculated based on the following equation:

$$nb_slot = bcn_interval \ / \ slot_int$$




Fig. 5.49 SubG-FSK connection - Opportunities and Beacon

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112

There is one Target Transmission Time in each slot. Target transmission times can be used for both uplink and downlink. The Gateway further specifies a subset for an uplink, i.e. from an Endpoint to a Gateways, for one or a set of nodes and similarly another subset of slots for downlink transmissions from a Gateway to an Endpoint. The following slots are not used for uplink and downlink slots: 0, 1, 2 and $nb_slot$ - $1$. These are reserved for the Beacon broadcasting. Hence, the index of the first and last uplink and downlink opportunities are $last_ul_dl_nb_opp_index$ is 3 and $first_ul_dl_nb_opp_index$ is $nb_slot$ - $2$.

The subset of slots assigned for each Endpoint's uplink and downlink transmissions are characterized by two parameters: offset and periodicity. The offset is the number of slots between slot 0 and the first slot that is scheduled for uplink or downlink. The periodicity is the time interval between subsequent slots that are scheduled for uplink or downlink. The maximum number of slots that may be used for uplink or downlink activity has the value $ul_dl_nb_slot$. This value can be calculated by the following equation:

$ul_dl_nb_slot = nb_slot$ - 4 (number of slots that shall not be used for uplink and downlink slots)




Fig. 5.50 SubG-FSK connection - DL scheduling




Fig. 5.51 SubG-FSK connection - UL scheduling

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112-113

The device starting its transmission shall use a contention mechanism to sense whether the medium is free and uplink transmission may be performed.

The Endpoint shall sense the medium for the *tr_det_listening* duration for each Target Transmission Time and start receiving data if traffic is detected. If traffic is not detected, then the Endpoint may switch off the radio until the next scheduled uplink or downlink Target Transmission Time.

Devices working in SubG-FSK mode shall use a channel hopping mechanism for all network activities.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 113




https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

46. The Accused Products perform (f) associating the special areas with the mobile station by transmitting a checking data to the mobile station, this checking data being sent to any mobile station whose presence in the special areas is monitored and being used by the mobile station for determining whether or not the defining signal received is a distinctive defining signal that defines, alone or with other distinctive defining signals, one or more of the special areas associated with the mobile station. For example, as noted above, the Accused Products transmit checking data with a destination address field in the Beacon frame which is compared against the PAN ID stored in the mobile station / endpoint, such that an accepted, matching frame is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

**5.1.3.1 Beacon Frame format**

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

**5.1.3.1.3 Beacon Destination address field (dst)**




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

47. Defendant has and continues to indirectly infringe one or more claims of the '040

Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '040 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[10] Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '040 Patent. Defendant performs these affirmative acts with knowledge of the '040 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '040 Patent.

48. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '040 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '040 Accused Products in this

---

[10]https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

District and elsewhere in the United States and causing the ’040 Accused Products to be manufactured, used, sold, and offered for sale contribute to others’ use and manufacture of the Accused Products, such that the ’040 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the ’040 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’040 Patent. Defendant performs these affirmative acts with knowledge of the ’040 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’040 Patent.

49. Because of Defendant’s direct and indirect infringement of the ’040 Patent, ALT has suffered damages in an amount to be proved at trial.

## COUNT II
## (Infringement of the ’720 Patent)

50. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

51. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’720 Patent.

52. Defendant has and continues to infringe the claims of the ’720 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the ’720 Patent.

53. The Accused Products practice the method of at least Claim 1 of the ’720 Patent: A method associated with the use of a mobile station and a radio communication defining device that transmits a distinctive defining signal, the method comprising: receiving and processing the distinctive defining signal in the mobile station, the distinctive defining signal at least defining a special area by one or more of: (1) a coverage area of the distinctive defining signal; (2) a portion

of the coverage area that intersects with another area of coverage of another radio communication defining device; and (3) a sum of the area of coverage and the another area of coverage, the distinctive defining signal including information indicating whether or not the radio communication defining device is in a predetermined environment; and sending from the mobile station via a mobile telephone network an updating signal to one or more servers of a provider of presence related services about the mobile station's presence in the special area, the updating signal being useable by the one or more servers of the provider of presence related services to adjust an operating parameter, which comprises one or more of a tariff and a service flag, to adjust, activate, or deactivate the presence related services provided to the mobile station, and the updating signal comprising the information indicative of whether or not the radio communication defining device is located in the predetermined environment.

54. The Accused Products perform a method associated with the use of a mobile station and a radio communication defining device that transmits a distinctive defining signal. For example, an Amazon Sidewalk Mobile Endpoint device including, but not limited to, asset tracker or other mobile Sidewalk enabled node, operates as a mobile station that wirelessly connects to Sidewalk Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem, and the Sidewalk Gateway is a radio communication defining device. The Gateway transmits a Beacon which coresponds to the distinctive defining signal.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

55. The Accused Products perform receiving and processing the distinctive defining signal in the mobile station, the distinctive defining signal at least defining a special area by one or more of: (1) a coverage area of the distinctive defining signal; (2) a portion of the coverage area that intersects with another area of coverage of another radio communication defining device; and (3) a sum of the area of coverage and the another area of coverage, the distinctive defining signal including information indicating whether or not the radio communication defining device is in a predetermined environment. For example, an Amazon Sidewalk Mobile Endpoint device receives and processes a Beacon that is transmitted by the Gateway. The processing includes scanning each channel for a preamble. If a preamble is detected, it receives the full PHY frame. It then checks that frame against the Beacon criteria. Based on this check, the frame is accepted or rejected as a Beacon. If accepted, the Beacon corresponds to the distinctive defining signal. The endpoint discovers a Beacon only when the the endpoint is within the radio communication range (i.e., a special area) of that Gateway. Therefore, the Beacon reception event itself corresponds to the definition of special area by the BLE, Sub GHz – FSK, or Sub GHz - CSS coverage area of the

transmitted Beacon (i.e., distinctive defining signal). Since the Beacon is transmitted only within the Gateway's radio communication range, receipt of the Beacon provides information indicative of whether the device is located within a predetermined environment including a location defined by Home.

### 2.1.4 Endpoints

An Endpoint is a device that does not have responsibility for routing data or maintaining connection with the Amazon Sidewalk network for any device other than itself. These Endpoints provide different types of functionalities for the end user such as tracking devices, motion sensors and many others. These Endpoints have no direct Internet connectivity and are connected to the network through Amazon Sidewalk Gateways.

Endpoints operating using the SubG-FSK mode achieve synchronization during the Gateway discovery and subsequently the Beacon detection process. The procedure is described in Section 5.2.1. When a Beacon is received, the Endpoint gets uplink and downlink offset and periodicity. The Endpoint may exchange data as long as it is synchronized. A lack of synchronization results in a new Gateway discovery process.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.5.1.1.1 Link Connection Establishment Phase

The link layer connection is initiated by the Endpoints. The Endpoints discover nearby Amazon Sidewalk Gateways through the Beacon Discovery operation as described in Section 5.2.1. The contents of each discovered Beacon is evaluated for eligibility of the Gateway sending it to serve as *Sidewalk Relay* to/from the Amazon Sidewalk Cloud by investigating the fields of the Beacon payload detailed in section 5.1.3.1.4. In order for the Gateway to be chosen as *Sidewalk Relay*:

- *roam_opt* must indicate roaming allowed,
- *CS-UL* must define at least one *CS-UL* slot, and
- *CS-DL* must define at least one *CS-DL* slot.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 129

# Amazon Sidewalk Gateways

Sidewalk Gateways (sometimes referred to as Sidewalk Bridges) are Amazon devices like select Echo and Ring devices that support the Sidewalk protocol. These gateways route data between the Sidewalk endpoint devices and the Sidewalk Network Server. When using a Sidewalk gateway, a small portion of the user's internet bandwidth is shared with the community to provide connectivity to a group of Sidewalk-enabled devices.

For Ring devices, support for Sidewalk can be enabled or disabled from the Ring app (or Ring Website). And for Echo devices, support for Sidewalk can be enabled or disabled from the Alexa app. For more information, see Setting up a Sidewalk gateway

Echo devices (like the Echo Show 15 (2nd Gen)) and Ring devices (like the Ring Bridge (2nd Gen)) have the capability to act as Sidewalk Gateways, with all protocols available (BLE, SubG-CSS and SubG-FSK). The table below provides a list of Sidewalk Gateway devices, and their supported communication protocols.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

## Amazon Sidewalk Walk-through

Amazon Sidewalk enables low-power, non-IP devices to exchange messages with the AWS cloud through AWS IoT Core and is **only activated for gateways located in the USA** at the time of writing this article. Endpoint devices can use one of the following radio types to connect to the network:

1. Bluetooth Low Energy (2.4GHz – BLE) – suits 'in-home' use cases as it has the shortest range (tens of meters) but provides the fastest Amazon Sidewalk transport using the a 1Mbps PHY with a maximum message payload size of 255 bytes.
2. Frequency Shift Keying (Sub GHz – FSK) – suits 'beyond the front door' use cases as it supports medium range (up tens to low hundreds of meters) and provides medium Amazon Sidewalk transport rates using a 50kbps PHY with a maximum message payload size of 250 bytes.
3. Chirp Spread Spectrum AKA LoRa (Sub GHz – CSS) – suits 'beyond the fence' use as it offers the longest range (hundreds of meters), but provides lowest Amazon Sidewalk transport rates using a 2kbps PHY with a maximum message payload size of 19 bytes.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

56. The Accused Products perform sending from the mobile station via a mobile telephone network the updating signal to one or more servers of a provider of presence related services about the mobile station's presence in the special area, the updating signal being useable by the one or more servers of the provider of presence related services to adjust an operating parameter, which comprises one or more of a tariff and a service flag, to adjust, activate, or deactivate the presence related services provided to the mobile station, and the updating signal comprising the information indicative of whether or not the radio communication defining device

is located in the predetermined environment. For example, the Amazon Sidewalk Mobile Endpoint device collects location specific signal data such as Global Navigation Satellite System (GNSS) and forms a payload. This payload is sent from the asset tracking device (i.e., mobile station). Herein, the message which carries this payload corresponds to the updating signal. Since the updating signal is constituted by using location specific GNSS signal data, it conveys the presence of the asset tracking device (i.e., mobile station). The updating signal is received by the AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) via Amazon Sidewalk network (i.e., a mobile telephone network). The AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) uses the updating signal for the service of location tracking which is a presence based service provided by the AWS IoT Core. As an example, in the application in Pet and consumer asset tracking, the status of whether the pet has been located or not corresponds to the service flag for the pet tracking presence based service. The pet tracking is continued (i.e., adjust, activate) or stopped (ie., deactivate) based on the service flag status. For further example, in a "distressed mode," an endpoint asset tracker may try to access to the external network through the neighbor Gateways if the Gateway link malfunctions. To know about the neighbor Gateways, the location of the Gateway must be known to the AWS IoT Core. Since the updating signal carries the GNSS signal data it must have indicated the location of the Gateway (i.e., predetermined environment), such as a predefined "Home" location, which is the case when an endpoint connects directly to the specific hardware ID of the user's home Echo or Ring device for example.

## Data Processing Flows for Amazon Sidewalk Asset Tracker

1. **Ingest** – Asset tracking devices gather location-specific signal data such as Global Navigation Satellite System (GNSS) NAV messages or Wi-Fi access point (AP) MAC addresses and RSSI(Received Signal Strength Indicator) then form payloads that are transported over the Amazon Sidewalk network. Note: The Amazon Sidewalk network does not provide location of connected endpoints, so it is used for transport of asset tracker data only. Any location specific signals that could be received by the device could be used in the payload to determine the geo-location of the device as long as they can be resolved in the cloud. The payloads are ingested into the AWS IoT Core based on the device profile and configured destination in AWS IoT Core for Amazon Sidewalk. See the Provisioning section below for a more concise description of how device provisioning ties the devices and message routing to a specific AWS account.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

## Location tracking use cases

**Pet and consumer asset tracking** – This technology is well suited for consumer application such as the tracking of pets and valuable consumer assets like bicycles, luggage, or expensive electronics. By incorporating devices capable of location sensing and Amazon Sidewalk connectivity in these items, owners can monitor their real-time location and receive alerts if they move outside a designated area. This can provide peace of mind and help recover lost or stolen items.

**Rental equipment tracking** – For businesses renting out equipment such as construction tools , medical devices, or outdoor gear, location tracking is crucial for inventory management and asset recovery. By embedding Amazon Sidewalk enabled tracking technology directly into the rental equipment, companies can leverage low-cost, ubiquitous connectivity to track the location of their assets without the need for separate tracking devices. This integration ensures equipment is returned on time, prevents loss or theft, and reduces replacement costs, improving operational efficiency.

**Automotive tracking** – In the automotive industry, location tracking that leverages Amazon Sidewalk or other public LPWANs(Low Power Wide Area network ) can be directly integrated into existing telemetry modules used for fleet management. This enables fleet operators to reduce their operating costs to monitor the real-time location of their vehicles and optimizing routes. Usage-based insurance providers could also leverage this embedded location data to accurately calculate premiums based on driving behavior and mileage, without the need for aftermarket tracking devices.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

Occasionally a Gateway may lose its connection to the cloud. This information is provided to all surrounding Endpoints in the Beacon frame (see Section 5.1.3.1). When a Gateway link to a cloud is malfunctioning then it may try to get access to the external network through neighbor Gateways. This mode is called "distressed mode" and is described in Section 5.6.5. Information about the Gateway-cloud link health is not available for SubG-CSS Endpoints.

routing repository, and stores different information about Endpoints, like connection profile settings and radio conditions. The cloud also has knowledge about the network topology, coverage and Gateways supporting roaming.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 16

57. Defendant has and continues to indirectly infringe one or more claims of the ’720 Patent by inducing infringement by others, such as Defendant’s customers and end-users, in this District and elsewhere in the United States. For example, Defendant’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’720 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[11]

58. Because of Defendant’s inducement, Defendant’s customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the ’720 Patent. Defendant performs these affirmative acts with knowledge of the ’720 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’720 Patent.

59. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the ’720 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States.

---

[11] https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

Defendant's affirmative acts of selling and offering to sell the '720 Accused Products in this District and elsewhere in the United States and causing the '720 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '720 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '720 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '720 Patent. Defendant performs these affirmative acts with knowledge of the '720 Patent and with intent, or willful blindness, that they cause the direct infringement of the '720 Patent.

60. Because of Defendant's direct and indirect infringement of the '720 Patent, ALT has suffered damages in an amount to be proved at trial.

**COUNT III**
**(Infringement of the '910 Patent)**

61. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

62. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '910 Patent.

63. Defendant has and continues to directly infringe the claims of the '910 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products and actively inducing others to make, use, sell, offer to sell, and/or import products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '910 Patent, and by performing each and every limitation of one or more method claims of the '910 Patent.

64. The Accused Products each perform the method of at least Claim 1 of the '910

Patent: A method associated with the use of a mobile station and at least first and second radio communication defining devices that respectively transmit first and second distinctive defining signals that at least partly define a special area by a sum or intersection of their coverage, the first and second distinctive defining signals respectively including first and second data, the method comprising: determining in the mobile station if the mobile station is receiving one or both of the first and second distinctive defining signals and determining in the mobile station, based on a previously obtained at least portion of one or both of the first and second data, whether or not the mobile station is present in the special area; and sending from the mobile station via a mobile telephone network an updating signal to one or more servers of a provider of presence related services about the mobile station's presence in the special area, the sending of the updating signal being uncorrelated to any mobile station phone call establishment, the updating signal being sent at least one of (i) periodically, (ii) at times recent to when the mobile station enters into or exists from the special area, and (iii) when the mobile station remains in the special area.

65. The Accused Products perform a method associated with the use of a mobile station and at least first and second radio communication defining devices that respectively transmit first and second distinctive defining signals that at least partly define a special area by a sum or intersection of their coverage, the first and second distinctive defining signals respectively including first and second data and determining in the mobile station if the mobile station is receiving one or both of the first and second distinctive defining signals and determining in the mobile station, based on a previously obtained at least portion of one or both of the first and second data, whether or not the mobile station is present in the special area. For example, an Amazon Sidewalk Mobile Endpoint device including, but not limited to, asset tracker or other mobile Sidewalk enabled node, operates as a mobile station that wirelessly connects to Sidewalk

Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem, and Sidewalk Gateways are radio communication defining devices. Each Gateway transmits a Beacon which coresponds to a distinctive defining signal.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

66. For example, Amazon Sidewalk Mobile Endpoints process any received defining Beacon signal and determines, based on previously obtained checking data namely the endpoint's stored, globally unique PAN ID, whether or not the destination-address field of the received Beacon frames match that stored PAN ID, such that an accepted, matching frame is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.1.3.1 Beacon Frame format

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

#### 5.1.3.1.3 Beacon Destination address field (dst)




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

67. The Accused Products perform sending from the mobile station via a mobile

telephone network an updating signal to one or more servers of a provider of presence related services about the mobile station's presence in the special area, the sending of the updating signal being uncorrelated to any mobile station phone call establishment, the updating signal being sent at least one of (i) periodically, (ii) at times recent to when the mobile station enters into or exists from the special area, and (iii) when the mobile station remains in the special area. For example, the Amazon Sidewalk Mobile Endpoint, following its determination that a received Beacon frame's destination address matches its stored checking data, the endpoint mobile station determines whether or not it is present in one or more special areas defined by specific Gateways, and it sends an uplink signal (i.e., updating signal) to the Sidewalk network (i.e., special operating means), relayed through Sidewalk Bridges/Gateways to AWS IoT Core for Amazon Sidewalk and the cloud-hosted application, periodically at scheduled Target Transmission Times governed by fixed offset and periodicity parameters within each beacon interval, with such sending occurring independently of, and uncorrelated to, any mobile-station phone-call establishment since the endpoint's radio transmissions are driven solely by its internal uplink/downlink schedule and its own last-performed presence determination based on whether it detected and accepted a matching Beacon from a Gateway defining a special area, and not by any call-setup event.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

### 5.2.3 Uplink and downlink

An Endpoint in SubG-FSK mode shall send and receive data using Target Transmission Times. Target Transmission Times are separated by the time interval *slot_int*.




Fig. 5.48 SubG-FSK connection - Opportunities

Gateways broadcast Beacons frequently, every *bcn_interval*. The number of slots can be calculated based on the following equation:

$$nb_slot = bcn_interval \ / \ slot_int$$




Fig. 5.49 SubG-FSK connection - Opportunities and Beacon

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112

There is one Target Transmission Time in each slot. Target transmission times can be used for both uplink and downlink. The Gateway further specifies a subset for an uplink, i.e. from an Endpoint to a Gateways, for one or a set of nodes and similarly another subset of slots for downlink transmissions from a Gateway to an Endpoint. The following slots are not used for uplink and downlink slots: 0, 1, 2 and *nb_slot - 1*. These are reserved for the Beacon broadcasting. Hence, the index of the first and last uplink and downlink opportunities are *last_ul_dl_nb_opp_index* is 3 and *first_ul_dl_nb_opp_index* is *nb_slot - 2*.

The subset of slots assigned for each Endpoint's uplink and downlink transmissions are characterized by two parameters: offset and periodicity. The offset is the number of slots between slot 0 and the first slot that is scheduled for uplink or downlink. The periodicity is the time interval between subsequent slots that are scheduled for uplink or downlink. The maximum number of slots that may be used for uplink or downlink activity has the value *ul_dl_nb_slot*. This value can be calculated by the following equation:

*ul_dl_nb_slot* = *nb_slot* - 4 (number of slots that shall not be used for uplink and downlink slots)




Fig. 5.50 SubG-FSK connection - DL scheduling




Fig. 5.51 SubG-FSK connection - UL scheduling

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112-113

The device starting its transmission shall use a contention mechanism to sense whether the medium is free and uplink transmission may be performed.

The Endpoint shall sense the medium for the *tr_det_listening* duration for each Target Transmission Time and start receiving data if traffic is detected. If traffic is not detected, then the Endpoint may switch off the radio until the next scheduled uplink or downlink Target Transmission Time.

Devices working in SubG-FSK mode shall use a channel hopping mechanism for all network activities.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 113




https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

68. Defendant has and continues to indirectly infringe one or more claims of the ’910 Patent by inducing infringement by others, such as Defendant’s customers and end-users, in this District and elsewhere in the United States. For example, Defendant’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’910 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including

technical support, marketing, product manuals, advertisements, and online documentation.[12]

69. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '910 Patent. Defendant performs these affirmative acts with knowledge of the '910 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '910 Patent.

70. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '910 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '910 Accused Products in this District and elsewhere in the United States and causing the '910 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '910 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '910 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '910 Patent. Defendant performs

---

[12] https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

these affirmative acts with knowledge of the ’910 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’910 Patent.

71. Because of Defendant’s direct and indirect infringement of the ’910 Patent, ALT has suffered damages in an amount to be proved at trial.

**COUNT IV**
**(Infringement of the ’922 Patent)**

72. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

73. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’922 Patent.

74. Defendant has and continues to directly infringe the claims of the ’922 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the ’922 Patent.

75. The Accused Products practice the method of at least Claim 1 of the ’922 Patent: A method associated with one or more providers of presence related services in connection with the use of a mobile station and electronically storing in one or more memories data capable of linking the mobile station to the first and second special areas, the data including a first checking data of the first radio communication defining device, a second checking data of the second radio communication defining device, and a first identifier related to the mobile station, transmitting via a mobile telephone network to the mobile station at least a portion of the first checking data, and transmitting via the mobile telephone network to the mobile station at least a portion of the second checking data, receiving from the mobile station via the mobile telephone network a first updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station’s presence in at least the first special area, and receiving from the mobile station via the mobile telephone network, a second updating signal uncorrelated to any mobile station phone call

establishment that identifies the mobile station's presence in at least the second special area, the first updating signal including a second identifier related to the mobile station, the second updating signal including a third identifier related to the mobile station, deriving from the first updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the first special area, and deriving from the second updating signal by the one or more processing devices whether or not the mobile station is present in the second special area; and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area, and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the second special area.

76. The Accused Products perform a method associated with one or more providers of presence related services in connection with the use of a mobile station and at least a first radio communication defining device that transmits a first distinctive defining signal and a second radio communication defining device that transmits a second distinctive defining signal, the first distinctive defining signal at least partly defines a first special area by its coverage, the second distinctive defining signal at least partly defining a second special area by its coverage. For example, an Amazon Sidewalk Mobile Endpoint device including, but not limited to, asset tracker or other mobile Sidewalk enabled node, operates as a mobile station that wirelessly connects to Sidewalk Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem, and Sidewalk Gateways are radio communication defining devices. Each Gateway transmits a Beacon which coresponds to a distinctive defining signal.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

77. The Accused Products perform electronically storing in one or more memories data capable of linking the mobile station to the first and second special areas, the data including a first checking data of the first radio communication defining device, a second checking data of the second radio communication defining device, and a first identifier related to the mobile station, and transmitting via a mobile telephone network to the mobile station at least a portion of the first checking data, and transmitting via the mobile telephone network to the mobile station at least a portion of the second checking data. For example, Amazon Sidewalk Mobile Endpoints processs any received defining Beacon signal and determines, based on the endpoint's stored, globally unique PAN ID, whether or not the destination-address field of the received Beacon frames match that stored PAN ID, such that an accepted, matching frame (from either the first or second Sidewalk Gateway) is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.1.3.1 Beacon Frame format

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

##### 5.1.3.1.3 Beacon Destination address field (dst)




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

78. The Accused Products perform receiving from the mobile station via the mobile telephone network a first updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in at least the first special area, and receiving from the mobile station via the mobile telephone network a second updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in at least the second special area, the first updating signal including a second identifier related to the mobile station, the second updating signal including a third identifier related to the mobile station, deriving from the first updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the first special area, and deriving from the second updating signal by the one or more processing devices whether or not the mobile station is present in the second special area. For example, the Amazon Sidewalk Mobile Endpoint, following its determination that a received Beacon frame's destination address matches its stored checking data, the endpoint mobile station determines whether or not it is present in one or more special areas defined by specific Gateways, and it sends an uplink signal (i.e., updating signal) to the Sidewalk network, relayed through Sidewalk Bridges/Gateways to AWS IoT Core for Amazon Sidewalk and the cloud-hosted application, periodically at scheduled Target Transmission Times governed by fixed offset and periodicity parameters within each beacon interval, with such sending occurring independently of, and uncorrelated to, any mobile-station phone-call establishment since the endpoint's radio transmissions are driven solely by its internal uplink/downlink schedule and its own last-performed presence determination based on whether it detected and accepted a matching Beacon from a Gateway defining a special area, and not by any call-setup event.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

### 5.2.3 Uplink and downlink

An Endpoint in SubG-FSK mode shall send and receive data using Target Transmission Times. Target Transmission Times are separated by the time interval *slot_int*.




Fig. 5.48 SubG-FSK connection - Opportunities

Gateways broadcast Beacons frequently, every *bcn_interval*. The number of slots can be calculated based on the following equation:

$$nb_slot = bcn_interval \ / \ slot_int$$




Fig. 5.49 SubG-FSK connection - Opportunities and Beacon

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112

There is one Target Transmission Time in each slot. Target transmission times can be used for both uplink and downlink. The Gateway further specifies a subset for an uplink, i.e. from an Endpoint to a Gateways, for one or a set of nodes and similarly another subset of slots for downlink transmissions from a Gateway to an Endpoint. The following slots are not used for uplink and downlink slots: 0, 1, 2 and *nb_slot - 1*. These are reserved for the Beacon broadcasting. Hence, the index of the first and last uplink and downlink opportunities are *last_ul_dl_nb_opp_index* is 3 and *first_ul_dl_nb_opp_index* is *nb_slot - 2*.

The subset of slots assigned for each Endpoint's uplink and downlink transmissions are characterized by two parameters: offset and periodicity. The offset is the number of slots between slot 0 and the first slot that is scheduled for uplink or downlink. The periodicity is the time interval between subsequent slots that are scheduled for uplink or downlink. The maximum number of slots that may be used for uplink or downlink activity has the value *ul_dl_nb_slot*. This value can be calculated by the following equation:

*ul_dl_nb_slot* = *nb_slot* - 4 (number of slots that shall not be used for uplink and downlink slots)




Fig. 5.50 SubG-FSK connection - DL scheduling




Fig. 5.51 SubG-FSK connection - UL scheduling

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112-113

The device starting its transmission shall use a contention mechanism to sense whether the medium is free and uplink transmission may be performed.

The Endpoint shall sense the medium for the *tr_det_listening* duration for each Target Transmission Time and start receiving data if traffic is detected. If traffic is not detected, then the Endpoint may switch off the radio until the next scheduled uplink or downlink Target Transmission Time.

Devices working in SubG-FSK mode shall use a channel hopping mechanism for all network activities.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 113




https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

79. The Accused Products perform enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area, and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the second special area. For example, the Amazon Sidewalk Mobile Endpoint device collects location specific signal data such as Global Navigation Satellite System (GNSS) and forms a payload. This payload is sent from the asset tracking device (i.e., mobile station). Herein, the message which carries this payload corresponds to the updating signal. Since the updating signal is constituted by

using location specific GNSS signal data, it conveys the presence of the asset tracking device (i.e., mobile station). The updating signal is received by the AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) via Amazon Sidewalk network (i.e., a mobile telephone network). The AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) uses the updating signal for the service of location tracking which is a presence based service provided by the AWS IoT Core. As an example, in the application in Pet and consumer asset tracking, the status of whether the pet has been located or not corresponds to the service flag for the pet tracking presence based service. The pet tracking is continued (i.e., adjust, activate) or stopped (ie., deactivate) based on the service flag status. For further example, in a "distressed mode," an endpoint asset tracker may try to access to the external network through the neighbor Gateways if the Gateway link malfunctions. To know about the neighbor Gateways, the location of the Gateway must be known to the AWS IoT Core. Since the updating signal carries the GNSS signal data it must have indicated the location of the Gateway (i.e., predetermined environment), such as a predefined "Home" location, which is the case when an endpoint connects directly to the specific hardware ID of the user's home Echo or Ring device for example.

## Data Processing Flows for Amazon Sidewalk Asset Tracker

1. **Ingest** – Asset tracking devices gather location-specific signal data such as Global Navigation Satellite System (GNSS) NAV messages or Wi-Fi access point (AP) MAC addresses and RSSI(Received Signal Strength Indicator) then form payloads that are transported over the Amazon Sidewalk network. Note: The Amazon Sidewalk network does not provide location of connected endpoints, so it is used for transport of asset tracker data only. Any location specific signals that could be received by the device could be used in the payload to determine the geo-location of the device as long as they can be resolved in the cloud. The payloads are ingested into the AWS IoT Core based on the device profile and configured destination in AWS IoT Core for Amazon Sidewalk. See the Provisioning section below for a more concise description of how device provisioning ties the devices and message routing to a specific AWS account.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

## Location tracking use cases

**Pet and consumer asset tracking** – This technology is well suited for consumer application such as the tracking of pets and valuable consumer assets like bicycles, luggage, or expensive electronics. By incorporating devices capable of location sensing and Amazon Sidewalk connectivity in these items, owners can monitor their real-time location and receive alerts if they move outside a designated area. This can provide peace of mind and help recover lost or stolen items.

**Rental equipment tracking** – For businesses renting out equipment such as construction tools , medical devices, or outdoor gear, location tracking is crucial for inventory management and asset recovery. By embedding Amazon Sidewalk enabled tracking technology directly into the rental equipment, companies can leverage low-cost, ubiquitous connectivity to track the location of their assets without the need for separate tracking devices. This integration ensures equipment is returned on time, prevents loss or theft, and reduces replacement costs, improving operational efficiency.

**Automotive tracking** – In the automotive industry, location tracking that leverages Amazon Sidewalk or other public LPWANs(Low Power Wide Area network ) can be directly integrated into existing telemetry modules used for fleet management. This enables fleet operators to reduce their operating costs to monitor the real-time location of their vehicles and optimizing routes. Usage-based insurance providers could also leverage this embedded location data to accurately calculate premiums based on driving behavior and mileage, without the need for aftermarket tracking devices.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

Occasionally a Gateway may lose its connection to the cloud. This information is provided to all surrounding Endpoints in the Beacon frame (see Section 5.1.3.1). When a Gateway link to a cloud is malfunctioning then it may try to get access to the external network through neighbor Gateways. This mode is called "distressed mode" and is described in Section 5.6.5. Information about the Gateway-cloud link health is not available for SubG-CSS Endpoints.

routing repository, and stores different information about Endpoints, like connection profile settings and radio conditions. The cloud also has knowledge about the network topology, coverage and Gateways supporting roaming.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 16

80. Defendant has and continues to indirectly infringe one or more claims of the '922 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '922 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers

and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[13]

81. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '922 Patent. Defendant performs these affirmative acts with knowledge of the '922 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '922 Patent.

82. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '922 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '922 Accused Products in this District and elsewhere in the United States and causing the '922 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '922 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '922 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be

[13] https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

especially made or adapted for use in the infringement of the ’922 Patent. Defendant performs these affirmative acts with knowledge of the ’922 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’922 Patent.

83. Because of Defendant’s direct and indirect infringement of the ’922 Patent, ALT has suffered damages in an amount to be proved at trial.

**COUNT V**
**(Infringement of the ’030 Patent)**

84. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

85. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’030 Patent.

86. Defendant has and continues to directly infringe the claims of the ’030 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the ’030 Patent.

87. The Accused Products practice the method of at least Claim 1 of the ’030 Patent: A method associated with a provider of presence related services in connection with the use of a mobile station and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a first special area by its coverage, the method comprising: electronically storing in one or more memories data capable of linking the mobile station to the first special area, the data including a checking data of the first radio communication defining device and a first identifier related to the mobile station, transmitting via a mobile telephone network to the mobile station at least a portion of the checking data, receiving from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station’s presence in at least the first special area, the updating signal including a second identifier related

to the mobile station, deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the first special area; and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area.

88. The Accused Products perform a method associated with a provider of presence related services in connection with the use of a mobile station and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a first special area by its coverage. For example, an Amazon Sidewalk Mobile Endpoint device including, but not limited to, asset tracker or other mobile Sidewalk enabled node, operates as a mobile station that wirelessly connects to Sidewalk Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem, and Sidewalk Gateways are radio communication defining devices. Each Gateway transmits a Beacon which corresponds to a distinctive defining signal. The coverage of the beacon signal, whether BLE, Sub GHz – FSK, or Sub GHz - CSS defines the special area.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

89. The Accused Products perform electronically storing in one or more memories data capable of linking the mobile station to the first special area, the data including a checking data of the first radio communication defining device and a first identifier related to the mobile station, and transmitting via a mobile telephone network to the mobile station at least a portion of the checking data. For example, Amazon Sidewalk Mobile Endpoints process any received defining Beacon signal and determines, based on the endpoint's stored, globally unique PAN ID, whether or not the destination-address field of the received Beacon frames match that stored PAN ID, such that an accepted, matching frame (from either the first or second Sidewalk Gateway) is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.1.3.1 Beacon Frame format

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

#### 5.1.3.1.3 Beacon Destination address field (dst)




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

90. The Accused Products perform receiving from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in at least the first special area, the updating signal including a second identifier related to the mobile station, and deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the first special area. For example, the Amazon Sidewalk Mobile Endpoint, following its determination that a received Beacon frame's destination address matches its stored checking data, sends an uplink signal (i.e., updating signal) to the Sidewalk network, relayed through Sidewalk Bridges/Gateways to AWS IoT Core for Amazon Sidewalk and the cloud-hosted application, periodically at scheduled Target Transmission Times governed by fixed offset and periodicity parameters within each beacon interval, and the endpoint mobile station receives a confirmation that determines whether or not it is present in one or more special areas defined by specific Gateways. The sending of the uplink signal and reception of confirmation occurs independently of, and uncorrelated to, any mobile-station phone-call establishment since the endpoint's radio transmissions are driven solely by its internal uplink/downlink schedule and its own last-performed presence determination based on whether it detected and accepted a matching Beacon from a Gateway defining a special area, and not by any call-setup event.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

### 5.2.3 Uplink and downlink

An Endpoint in SubG-FSK mode shall send and receive data using Target Transmission Times. Target Transmission Times are separated by the time interval *slot_int*.




Fig. 5.48 SubG-FSK connection - Opportunities

Gateways broadcast Beacons frequently, every *bcn_interval*. The number of slots can be calculated based on the following equation:

$$nb_slot = bcn_interval \; / \; slot_int$$




Fig. 5.49 SubG-FSK connection - Opportunities and Beacon

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112

There is one Target Transmission Time in each slot. Target transmission times can be used for both uplink and downlink. The Gateway further specifies a subset for an uplink, i.e. from an Endpoint to a Gateways, for one or a set of nodes and similarly another subset of slots for downlink transmissions from a Gateway to an Endpoint. The following slots are not used for uplink and downlink slots: 0, 1, 2 and *nb_slot - 1*. These are reserved for the Beacon broadcasting. Hence, the index of the first and last uplink and downlink opportunities are *last_ul_dl_nb_opp_index* is 3 and *first_ul_dl_nb_opp_index* is *nb_slot - 2*.

The subset of slots assigned for each Endpoint's uplink and downlink transmissions are characterized by two parameters: offset and periodicity. The offset is the number of slots between slot 0 and the first slot that is scheduled for uplink or downlink. The periodicity is the time interval between subsequent slots that are scheduled for uplink or downlink. The maximum number of slots that may be used for uplink or downlink activity has the value *ul_dl_nb_slot*. This value can be calculated by the following equation:

*ul_dl_nb_slot* = *nb_slot* - 4 (number of slots that shall not be used for uplink and downlink slots)




Fig. 5.50 SubG-FSK connection - DL scheduling




Fig. 5.51 SubG-FSK connection - UL scheduling

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112-113

The device starting its transmission shall use a contention mechanism to sense whether the medium is free and uplink transmission may be performed.

The Endpoint shall sense the medium for the *tr_det_listening* duration for each Target Transmission Time and start receiving data if traffic is detected. If traffic is not detected, then the Endpoint may switch off the radio until the next scheduled uplink or downlink Target Transmission Time.

Devices working in SubG-FSK mode shall use a channel hopping mechanism for all network activities.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 113




https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

91. The Accused Products perform enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area. For example, the Amazon Sidewalk Mobile Endpoint device collects location specific signal data such as Global Navigation Satellite System (GNSS) and forms a payload. This payload is sent from the asset tracking device (i.e., mobile station). Herein, the message which carries this payload corresponds to the updating signal. Since the updating signal is constituted by using location specific GNSS signal data, it conveys the presence of the asset tracking device (i.e., mobile station). The updating signal is received by the AWS IoT Core for

Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) via Amazon Sidewalk network (i.e., a mobile telephone network). The AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) uses the updating signal for the service of location tracking which is a presence based service provided by the AWS IoT Core. As an example, in the application in Pet and consumer asset tracking, the status of whether the pet has been located or not corresponds to the service flag for the pet tracking presence based service. The pet tracking is continued (i.e., adjust, activate) or stopped (ie., deactivate) based on the service flag status. For further example, in a "distressed mode," an endpoint asset tracker may try to access to the external network through the neighbor Gateways if the Gateway link malfunctions. To know about the neighbor Gateways, the location of the Gateway must be known to the AWS IoT Core. Since the updating signal carries the GNSS signal data it must have indicated the location of the Gateway (i.e., predetermined environment), such as a predefined "Home" location, which is the case when an endpoint connects directly to the specific hardware ID of the user's home Echo or Ring device for example.

## Data Processing Flows for Amazon Sidewalk Asset Tracker

1. **Ingest** – Asset tracking devices gather location-specific signal data such as Global Navigation Satellite System (GNSS) NAV messages or Wi-Fi access point (AP) MAC addresses and RSSI(Received Signal Strength Indicator) then form payloads that are transported over the Amazon Sidewalk network. Note: The Amazon Sidewalk network does not provide location of connected endpoints, so it is used for transport of asset tracker data only. Any location specific signals that could be received by the device could be used in the payload to determine the geo-location of the device as long as they can be resolved in the cloud. The payloads are ingested into the AWS IoT Core based on the device profile and configured destination in AWS IoT Core for Amazon Sidewalk. See the Provisioning section below for a more concise description of how device provisioning ties the devices and message routing to a specific AWS account.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

## Location tracking use cases

**Pet and consumer asset tracking** – This technology is well suited for consumer application such as the tracking of pets and valuable consumer assets like bicycles, luggage, or expensive electronics. By incorporating devices capable of location sensing and Amazon Sidewalk connectivity in these items, owners can monitor their real-time location and receive alerts if they move outside a designated area. This can provide peace of mind and help recover lost or stolen items.

**Rental equipment tracking** – For businesses renting out equipment such as construction tools , medical devices, or outdoor gear, location tracking is crucial for inventory management and asset recovery. By embedding Amazon Sidewalk enabled tracking technology directly into the rental equipment, companies can leverage low-cost, ubiquitous connectivity to track the location of their assets without the need for separate tracking devices. This integration ensures equipment is returned on time, prevents loss or theft, and reduces replacement costs, improving operational efficiency.

**Automotive tracking** – In the automotive industry, location tracking that leverages Amazon Sidewalk or other public LPWANs(Low Power Wide Area network ) can be directly integrated into existing telemetry modules used for fleet management. This enables fleet operators to reduce their operating costs to monitor the real-time location of their vehicles and optimizing routes. Usage-based insurance providers could also leverage this embedded location data to accurately calculate premiums based on driving behavior and mileage, without the need for aftermarket tracking devices.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

Occasionally a Gateway may lose its connection to the cloud. This information is provided to all surrounding Endpoints in the Beacon frame (see Section 5.1.3.1). When a Gateway link to a cloud is malfunctioning then it may try to get access to the external network through neighbor Gateways. This mode is called "distressed mode" and is described in Section 5.6.5. Information about the Gateway-cloud link health is not available for SubG-CSS Endpoints.

routing repository, and stores different information about Endpoints, like connection profile settings and radio conditions. The cloud also has knowledge about the network topology, coverage and Gateways supporting roaming.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 16.

92. Defendant has and continues to indirectly infringe one or more claims of the ’030 Patent by inducing infringement by others, such as Defendant’s customers and end-users, in this District and elsewhere in the United States. For example, Defendant’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’030 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[14]

93. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '030 Patent. Defendant performs these affirmative acts with knowledge of the '030 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '030 Patent.

94. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '030 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '030 Accused Products in this District and elsewhere in the United States and causing the '030 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '030 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '030 Patent, are not staple articles or commodities

---

[14] https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’030 Patent. Defendant performs these affirmative acts with knowledge of the ’030 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’030 Patent.

95. Because of Defendant’s direct and indirect infringement of the ’030 Patent, ALT has suffered damages in an amount to be proved at trial.

**COUNT VI**
**(Infringement of the ’621 Patent)**

96. Paragraphs 1 through 35 are incorporated by reference as if fully set forth herein.

97. ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’621 Patent.

98. Defendant has and continues to directly infringe the claims of the ’621 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the ’621 Patent.

99. The Accused Products practice the method of at least Claim 1 of the ’621 Patent: A method associated with a provider of presence related services in connection with the use of a mobile station that is operable within a mobile telephone network, and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a special area by its coverage, the provider of presence related services having one or more servers, the method comprising: electronically storing in the one or more servers of the provider of presence related services data capable of linking the mobile station to the special area, the data including a checking data of the first radio communication defining device and an identifier related to the mobile station, the provider of presence related services being different than the mobile telephone network, receiving in the one or more servers of the

provider of presence related services from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in the special area, the one or more servers of the provider of presence related services deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the special area; and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the special area.

100. The Accused Products perform a method associated with a provider of presence related services in connection with the use of a mobile station that is operable within a mobile telephone network, and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a special area by its coverage, the provider of presence related services having one or more servers. For example, an Amazon Sidewalk Mobile Endpoint device including, but not limited to, asset tracker or other mobile Sidewalk enabled node, operates as a mobile station that wirelessly connects to Sidewalk Gateways, including Echo and Ring devices, which relay data from the mobile endpoint to the Sidewalk Cloud Ecosystem, and Sidewalk Gateways are radio communication defining devices. Each Gateway transmits a Beacon which corresponds to a distinctive defining signal. The coverage of the beacon signal, whether BLE, Sub GHz – FSK, or Sub GHz - CSS defines the special area.




https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

## Sidewalk End Device Maximum Uplink Traffic Rates

The Amazon Sidewalk network enforces uplink maximum traffic rates for endpoints. These are the principles governing the traffic rate enforcement policy:

- End devices are categorized as either static (does not move) or mobile. Different rate thresholds apply.
- For Sub-1 GHz CSS there are two modes: normal and burst. Burst mode is not applicable for Bluetooth LE and FSK
- Traffic rates are checked daily
- Traffic in either normal or burst mode accrue towards a single maximum number of packets per day

https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html

Amazon Sidewalk offers low-power, long-range connectivity through a distributed community-sourced network. It operates using a multi-tier system consisting of:

1. Gateways (Amazon Echo and Ring devices) form the network backbone, allowing end devices to connect.
2. Endpoints (asset trackers, smart meters, sensors) connect to gateways, transmitting low-bandwidth data.
3. Amazon Sidewalk Network Server – the central cloud server handles device authorization, data routing, and network synchronization for all Amazon Sidewalk endpoints and gateways.
4. Application Services hosted in individual AWS accounts through the AWS IoT Core for Amazon Sidewalk integration to implement application logic, providing a serverless experience to AWS customers.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

101. The Accused Products perform electronically storing in the one or more servers of the provider of presence related services data capable of linking the mobile station to the special area, the data including a checking data of the first radio communication defining device and an identifier related to the mobile station, the provider of presence related services being different than the mobile telephone network. For example, Amazon Sidewalk Mobile Endpoints process any received defining Beacon signal and determines, based on the endpoint's stored, globally unique PAN ID, whether or not the destination-address field of the received Beacon frames match that stored PAN ID, such that an accepted, matching frame (from either the first or second Sidewalk Gateway) is treated as a distinctive defining signal originating from a specific Gateway eligible for connection, and that Gateway's identifiable coverage or connectivity zone at least partially defines the special area within which the endpoint mobile station is deemed present.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

The Beacon discovery algorithm schedule is as follows:

1. Select channel 0.
2. Listen to the medium on selected channel for *tr_det_listening*
   (a) if the preamble is detected, start receiving the PHY frame for a maximum duration of *bcn_dur* time
      i. if the whole PHY frame is not received within *bcn_dur* time, stop receiving and go to bullet 3
      ii. if the whole PHY frame is received within *bcn_dur* time, then go to (b)
   (b) frame is checked against being a Beacon and fitting the Beacon criteria
      i. if the frame is accepted and the Beacon is received, then stop the algorithm
      ii. if the frame is not accepted, then go to bullet 3
   (c) if traffic is not detected, then go to bullet 3
3. Switch to the next channel within the *ch_change* time
   (a) if all supported channels are used, then go to bullet 1
   (b) if not all supported channels are used, then increment the current channel by 1 and continue from bullet 2

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

#### 5.1.3.1 Beacon Frame format

The frame is divided into different parts containing the Beacon-specific information as depicted in Figure 5.24. The first one is "Frame control", that provides information that allows correct decoding and interpretation of the frame. "Source address" and "Destination address" identify the sender of the Beacon and the PAN ID, which are part of the Gateway's owner identification. "Connection status" provides information related to Gateway connection status to the cloud, its load, operation mode (synchronous/asynchronous or synchronous only) and roaming settings. "Power control" provides information on the antenna and power settings used by the Gateway. "Hopping parameters" contain values needed for calculation of an active channel used for uplink or downlink transmission. "Data and Security control" identifies the presence of optional "Data" part and also data size included in "Security". "Data" is a container of all optional data that could be transmitted by the Gateway. "Security" contains a tag authenticating the Gateway for devices registered to the Gateway owner's account.




Fig. 5.24 Link layer - Beacon - Blocks

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 91

##### 5.1.3.1.3 Beacon Destination address field (dst)




Fig. 5.27 Link layer - Beacon - Destination address

| Mnemonic | Presence M/O/C | Length | Value |
|---|---|---|---|
| *dst* | M | 5B | PAN ID |

The value indicates the globally unique PAN ID.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 93

102. The Accused Products perform receiving in the one or more servers of the provider of presence related services from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in the special area, the one or more servers of the provider of presence related services deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the special area. For example, the Amazon Sidewalk Mobile Endpoint, following its determination that a received Beacon frame's destination address matches its stored checking data, sends an uplink signal (i.e., updating signal) to the Sidewalk network, relayed through Sidewalk Bridges/Gateways to AWS IoT Core for Amazon Sidewalk and the cloud-hosted application, periodically at scheduled Target Transmission Times governed by fixed offset and periodicity parameters within each beacon interval, and the endpoint mobile station receives a confirmation that determines whether or not it is present in one or more special areas defined by specific Gateways. The sending of the uplink signal and reception of confirmation occurs independently of, and uncorrelated to, any mobile-station phone-call establishment since the endpoint's radio transmissions are driven solely by its internal uplink/downlink schedule and its own last-performed presence determination based on whether it detected and accepted a matching Beacon from a Gateway defining a special area, and not by any call-setup event.

### 5.2.1 Beacon discovery

The procedure of discovering nearby Gateways through their periodic Beacon transmissions is called the Beacon discovery procedure. The Beacon discovery procedure is based on traversing the channel list and performing a preamble detection on each channel. The Beacon discovery procedure is divided into two phases: preamble detection in the currently selected channel and channel change operation. If a preamble is not detected on a channel, then the Endpoint shall switch to the next channel from the list and repeat the operation. If a preamble is detected, then the Endpoint shall receive the PHY frame and check if the received frame is a Beacon frame from a Gateway eligible for connections. The duration of each phase is defined by the following:

1. *tr_det_listening* - time period used for preamble detection
2. *ch_change* - time period used for switching to the next channel from the list

Note that the Beacon preamble is long enough to ensure detection regardless of the channel on which the Beacon packet is transmitted. The preamble duration is calculated by *(nb_channels + 1)*(tr_det_listening + ch_change)* and is greater than or equal to *prm_dur*. The whole PHY frame duration of the Beacon is equal to *bcn_dur*.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 110

### 5.2.3 Uplink and downlink

An Endpoint in SubG-FSK mode shall send and receive data using Target Transmission Times. Target Transmission Times are separated by the time interval *slot_int*.




Fig. 5.48 SubG-FSK connection - Opportunities

Gateways broadcast Beacons frequently, every *bcn_interval*. The number of slots can be calculated based on the following equation:

$nb_slot = bcn_interval \ / \ slot_int$




Fig. 5.49 SubG-FSK connection - Opportunities and Beacon

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112

There is one Target Transmission Time in each slot. Target transmission times can be used for both uplink and downlink. The Gateway further specifies a subset for an uplink, i.e. from an Endpoint to a Gateways, for one or a set of nodes and similarly another subset of slots for downlink transmissions from a Gateway to an Endpoint. The following slots are not used for uplink and downlink slots: 0, 1, 2 and *nb_slot - 1*. These are reserved for the Beacon broadcasting. Hence, the index of the first and last uplink and downlink opportunities are *last_ul_dl_nb_opp_index* is 3 and *first_ul_dl_nb_opp_index* is *nb_slot - 2*.

The subset of slots assigned for each Endpoint's uplink and downlink transmissions are characterized by two parameters: offset and periodicity. The offset is the number of slots between slot 0 and the first slot that is scheduled for uplink or downlink. The periodicity is the time interval between subsequent slots that are scheduled for uplink or downlink. The maximum number of slots that may be used for uplink or downlink activity has the value *ul_dl_nb_slot*. This value can be calculated by the following equation:

*ul_dl_nb_slot* = *nb_slot* - 4 (number of slots that shall not be used for uplink and downlink slots)




Fig. 5.50 SubG-FSK connection - DL scheduling




Fig. 5.51 SubG-FSK connection - UL scheduling

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 112-113

The device starting its transmission shall use a contention mechanism to sense whether the medium is free and uplink transmission may be performed.

The Endpoint shall sense the medium for the *tr_det_listening* duration for each Target Transmission Time and start receiving data if traffic is detected. If traffic is not detected, then the Endpoint may switch off the radio until the next scheduled uplink or downlink Target Transmission Time.

Devices working in SubG-FSK mode shall use a channel hopping mechanism for all network activities.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 113




https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

103. The Accused Products perform enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the special area. For example, the Amazon Sidewalk Mobile Endpoint device collects location specific signal data such as Global Navigation Satellite System (GNSS) and forms a payload. This payload is sent from the asset tracking device (i.e., mobile station). Herein, the message which carries this payload corresponds to the updating signal. Since the updating signal is constituted by using location specific GNSS signal data, it conveys the presence of the asset tracking device (i.e., mobile station). The updating signal is received by the AWS IoT Core for

Amazon Sidewalk (i.e., the one or more processing devices) via Amazon Sidewalk network (i.e., a mobile telephone network). The AWS IoT Core for Amazon Sidewalk (i.e., the one or more servers of the provider of presence related services) uses the updating signal for the service of location tracking which is a presence based service provided by the AWS IoT Core. As an example, in the application in Pet and consumer asset tracking, the status of whether the pet has been located or not corresponds to the service flag for the pet tracking presence based service. The pet tracking is continued (i.e., adjust, activate) or stopped (ie., deactivate) based on the service flag status. For further example, in a "distressed mode," an endpoint asset tracker may try to access to the external network through the neighbor Gateways if the Gateway link malfunctions. To know about the neighbor Gateways, the location of the Gateway must be known to the AWS IoT Core. Since the updating signal carries the GNSS signal data it must have indicated the location of the Gateway (i.e., predetermined environment), such as a predefined "Home" location, which is the case when an endpoint connects directly to the specific hardware ID of the user's home Echo or Ring device for example.

## Data Processing Flows for Amazon Sidewalk Asset Tracker

1. **Ingest** – Asset tracking devices gather location-specific signal data such as Global Navigation Satellite System (GNSS) NAV messages or Wi-Fi access point (AP) MAC addresses and RSSI(Received Signal Strength Indicator) then form payloads that are transported over the Amazon Sidewalk network. Note: The Amazon Sidewalk network does not provide location of connected endpoints, so it is used for transport of asset tracker data only. Any location specific signals that could be received by the device could be used in the payload to determine the geo-location of the device as long as they can be resolved in the cloud. The payloads are ingested into the AWS IoT Core based on the device profile and configured destination in AWS IoT Core for Amazon Sidewalk. See the Provisioning section below for a more concise description of how device provisioning ties the devices and message routing to a specific AWS account.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

## Location tracking use cases

**Pet and consumer asset tracking** – This technology is well suited for consumer application such as the tracking of pets and valuable consumer assets like bicycles, luggage, or expensive electronics. By incorporating devices capable of location sensing and Amazon Sidewalk connectivity in these items, owners can monitor their real-time location and receive alerts if they move outside a designated area. This can provide peace of mind and help recover lost or stolen items.

**Rental equipment tracking** – For businesses renting out equipment such as construction tools , medical devices, or outdoor gear, location tracking is crucial for inventory management and asset recovery. By embedding Amazon Sidewalk enabled tracking technology directly into the rental equipment, companies can leverage low-cost, ubiquitous connectivity to track the location of their assets without the need for separate tracking devices. This integration ensures equipment is returned on time, prevents loss or theft, and reduces replacement costs, improving operational efficiency.

**Automotive tracking** – In the automotive industry, location tracking that leverages Amazon Sidewalk or other public LPWANs(Low Power Wide Area network ) can be directly integrated into existing telemetry modules used for fleet management. This enables fleet operators to reduce their operating costs to monitor the real-time location of their vehicles and optimizing routes. Usage-based insurance providers could also leverage this embedded location data to accurately calculate premiums based on driving behavior and mileage, without the need for aftermarket tracking devices.

https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/

Occasionally a Gateway may lose its connection to the cloud. This information is provided to all surrounding Endpoints in the Beacon frame (see Section 5.1.3.1). When a Gateway link to a cloud is malfunctioning then it may try to get access to the external network through neighbor Gateways. This mode is called "distressed mode" and is described in Section 5.6.5. Information about the Gateway-cloud link health is not available for SubG-CSS Endpoints.

routing repository, and stores different information about Endpoints, like connection profile settings and radio conditions. The cloud also has knowledge about the network topology, coverage and Gateways supporting roaming.

https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf, Page 16.

104. Defendant has and continues to indirectly infringe one or more claims of the '621 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '621 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[15]

105. Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '621 Patent. Defendant performs these affirmative acts with knowledge of the '621 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '621 Patent.

106. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '621 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '621 Accused Products in this District and elsewhere in the United States and causing the '621 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '621 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '621 Patent, are not staple articles or commodities

---

[15] https://docs.sidewalk.amazon/introduction/sidewalk-how-works.html; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://aws.amazon.com/blogs/iot/building-track-and-trace-applications-using-aws-iot-core-for-amazon-sidewalk/; https://docs.sidewalk.amazon/introduction/sidewalk-gateways.html; https://www.amazon.com/gp/help/customer/display.html?nodeId=GN9U5W9UZU2G5VBW; https://docs.sidewalk.amazon/introduction/sidewalk-concepts.html; https://docs.sidewalk.amazon/assets/pdf/Amazon_Sidewalk_Specification-1.0-rev-A.2.pdf; https://www.amazon.com/s?k=echo+amazon+sidewalk+devices&crid=2ZEAK956BCWQU&sprefix=echo+amazon+sidewalk+devices%2Caps%2C113&ref=nb_sb_noss; https://www.amazon.com/s?k=ring+amazon+sidewalk+devices&crid=IFJJQIXBO1M3&sprefix=ring+amazon+sidewalk+devices%2Caps%2C124&ref=nb_sb_noss_1

of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’621 Patent. Defendant performs these affirmative acts with knowledge of the ’621 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’621 Patent.

107. Because of Defendant’s direct and indirect infringement of the ’621 Patent, ALT has suffered damages in an amount to be proved at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, ALT prays for relief against Defendant as follows:

a. Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate ALT for Defendant’s infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d. Entry of judgment declaring that Defendant’s infringement has been willful and awarding ALT treble damages pursuant to 35 U.S.C. § 284;

e. Entry of judgment declaring that this case is exceptional and awarding ALT its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f. Such other and further relief as the Court deems just and proper.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Peter Lambrianakos*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Julian G. Pymento
NY Bar No. 5563499
Email: jpymento@frlip.com
**Fabricant Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF AVANT LOCATION TECHNOLOGIES LLC***